THE PEOPLE OF THE STATE OF NEW YORK ex rel. QUEENSBORO INVESTING COMPANY, Respondent, v. JACOB A. CANTOR and Others, Constituting the Board of Taxes and Assessments of the City of New York, Appellants. (Taxes of

1921.) — Final order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.